**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**



|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. |
| **Plaintiff,** | JUDGE |
| **vs.** | **INDICTMENT** |
| **YEIBER ANTONIO VILLAMIZAR-BECEIRA,** | 18 U.S.C. §§ 922(g)(5)(A) and 924(a)(8) |
| **Defendant.** | **FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Illegal Alien in Possession of Ammunition)

1.　　On or about February 11, 2026, in the Southern District of Ohio, the defendant, **YEIBER ANTONIO VILLAMIZAR-BECEIRA**, knowing he was an alien who was illegally and unlawfully in the United States, knowingly possessed ammunition, specifically, thirty-seven (37) 9mm rounds of ammunition with marking "BLAZER 9mm LUGER" on the head-stamp, and the ammunition was in and affecting interstate and foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(5)(A) and 924(a)(8).**

## FORFEITURE ALLEGATION

2.      Upon conviction of the offense alleged in Count 1 of this Indictment, the defendant,

**YEIBER ANTONIO VILLAMIZAR-BECEIRA**, shall forfeit to the United States, pursuant to

18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used

in such violation, including but not limited to the following:

- A loaded Glock 19, 9mm pistol, serial number BZGT674, with any attachments;

- Fifteen (15) rounds of ammunition; and

- Thirty-seven (37) rounds of 9mm ammunition with marking "BLAZER 9mm LUGER" on the head-stamp.

**Forfeiture notice pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

_S/Foreperson_
Foreperson

DOMINICK S. GERACE II
UNITED STATES ATTORNEY

*for* DAMOUN DELAVIZ (PA 309631)
Assistant United States Attorney

2